**AT&T WIRELESS PCS, INC., Plaintiff–Appellant,**

v.

**CITY OF ATLANTA, Atlanta City Council, et al., Defendants–Appellees.**

No. 00–15885
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 8, 2001.

G. Wayne Hillis, Jr., Erika C. Birg, Parker, Hudson, Rainer & Dobbs, Atlanta,

---

GA, Carter G. Phillips, Sidley & Austin, Washington, DC, for Plaintiff–Appellant.

Before CARNES, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

In *AT&T Wireless PCS, Inc. v. City of Atlanta,* 223 F.3d 1324 (11th Cir.2000) ("*AT&T Wireless II*"), we vacated our earlier opinion, *AT&T Wireless PCS, Inc. v. City of Atlanta,* 210 F.3d 1322 (11th Cir.2000) ("*AT&T Wireless I*"), and dismissed the appeal because we lacked jurisdiction over an appeal from a non-final judgment. *See AT&T Wireless II,* 223 F.3d at 1324. The parties to that appeal have since returned to district court, where the district court entered a final judgment in the case. They presently appeal the final judgment, submitting for our consideration the same issue we examined in *AT&T Wireless I*.[1] We now have jurisdiction over their appeal, and upon reconsideration, we re-instate our *AT&T Wireless I* opinion, published at 210 F.3d 1322. Prior opinion in appeal No. 99–12261 RE-INSTATED.

VACATED and REMANDED.

---

1. Both parties requested that the case be resubmitted on the same briefs they had filed when the case was last before us, and without further oral argument. We granted these requests.